IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EDRIN KENNYARDER TEMPLE, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT COX; JOHN DOES; and DILLION HOWARD, <br><br> Defendants. | CIVIL ACTION NO.: 2:18-cv-91 |

**O R D E R**

The Court stayed the parties' discovery deadlines pending a ruling on the identified Defendants' motion to dismiss. Doc. 7. The Court granted these Defendants' motion to dismiss on January 22, 2019. Doc. 12. In light of that ruling, only the federal and state law claims against Defendants Cox and Howard in their individual capacities, as well as certain claims against unidentified "John Does" remain pending. Id. at 25. Accordingly, the Court **LIFTS** the stay imposed in its September 24, 2018 Order. The Court **ORDERS** the parties to have their Rule 26(f) conference within 14 days of this Order and submit a Rule 26(f) report within 7 days of their Rule 26(f) conference. The Court will then enter an appropriate Scheduling Order.

**SO ORDERED**, this 27th day of February, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA