# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
PO BOX 1636
BRUNSWICK, GEORGIA  31521
(912)280-1330



## MEMORANDUM

---

**SUBJECT:** Restriction/Return of Discovery Related Materials

Pursuant to Federal Rule of Civil Procedure regarding the filing of discovery related materials, your document(s) are being restricted (if filed electronically) or returned (if submitted in paper form).

Scott L. Poff
Clerk, U.S. District Court