# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:18-cv-91 | **DATE:** | 7/22/2019 |
| **TITLE:** | Edrin Kennyarder Temple v. Sgt. Robert Cox, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER:**

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | BWC-CHAMBERS | **TIME:** | 1:34-1:38 | **TOTAL:** | 4 MIN |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR | DEFENDANT |
|---|---|---|
| Tyrone Nathaniel Haugabrook, II | Sean Scally | Sgt. Robert Cox |
| | | Corp. Dillion Howard |

**TELEPHONIC STATUS CONFERENCE**

Telephonic status conference held pursuant to scheduling order.
Parties are negotiating agreement regarding deposition of Defendant Sgt. Cox.  Defense states it has no problem working with Plaintiff's counsel on the deposition issue.
Current scheduling order will remain in place.
If parties wish to seek court-assisted mediation, they will notify the Court.