AO 450 (GAS Rev 09/20) Judgment in a Civil Case

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:21 am, Nov 10, 2020

# United States District Court
## Southern District of Georgia

EDRIN K. TEMPLE

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:18-CV-91

SERGEANT ROBERT COX and CORPORAL DILLON HOWARD, in their individual capacities, and JOHN DOES

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on November 9, 2020, the Motion for Summary Judgment filed by Defendants Robert Cox and Dillon Howard is granted in its entirety. Judgment is hereby entered in favor of the Defendants; and, this civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: Nov 9, 2020

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020